IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JODI HAMMEL | : | CIVIL ACTION |
| v. | : | |
| SOAR CORP. | : | No. 14-3106 |

FILED FEB - 6 2015 MICHAEL E. KUNZ, Clerk By: _____ Dep. Clerk

### ORDER

**AND NOW**, this **6th day of February, 2015**, having considered Defendant's Motion for Summary Judgment (ECF Docs. No. 14, 18), Plaintiff's response thereto (Docs. 15, 16), and Defendant's reply (Doc. 19), and having held oral argument on Defendant's Motion on January 14, 2015, and January 20, 2015, is it hereby **ORDERED** that Defendant's Motion is **DENIED**.

It is further **ORDERED** that a pre-trial conference will be held on **Friday, February 13, 2015, at 2:30 p.m.** in Courtroom 8B, United States Courthouse, 601 Market Street, Philadelphia PA 19106; the parties should be prepared to address all pre-trial motions, as well as proposed trial exhibits, jury instructions, and verdict forms.

BY THE COURT:

_L. Restrepo_
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE